# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : | Mag. No. 21-9272 |
| FARRAKHAN LOVETT | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael Honig, Acting U.S. Attorney for the District of New Jersey (by Naazneen Khan, Assistant United States Attorney), and defendant Farrakhan Lovett (by Husain Gatlin, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through January 31, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and three prior continuance having been entered upon application of the parties; and time having been excluded from the date of the defendant's arrest through June 1, 2021 pursuant to Standing Order 2020-12; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties seek additional time to engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _____ day of _____, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through January 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through January 31, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

s/Cathy L. Waldor 11/4/21
HONORABLE CATHY L. WALDOR
United States Magistrate Judge

Form and entry consented to:

Husain Gatlin, Esq.
Counsel for Farrakhan Lovett

Naazneen Khan
Assistant U.S. Attorney